In the Matter of DANIEL J. MAURIN, Appellant, v. WILLARD J. ALLIS et al., Constituting the Board of Elections of Erie County, and EVA J. ALLIS, Respondents

Memorandum: Subdivision 3 of section 135 of the Election Law prescribes the particular form of statement of a witness to the signatures on a designating petition to be appended at the bottom of each sheet of the petition. The subscribing witness De Hart incorrectly listed her election district on three sheets of the petition of the respondent Allis and the subscribing witness Bradley incorrectly listed his election district on two sheets. The 121 signatures upon the sheets where such incorrect designations were made may not be counted. This section must be strictly complied with and any deviation therefrom is sufficient to invalidate the entire sheet of signatures. (See *Matter of Crosbie* v. *Cohen,* 281 N. Y. 329; *Matter of Boyarsky* v. *Cohen* 289 N. Y. 630; *Matter of Hall* v. *Heffernan,* 295 N. Y. 599; *Matter of Young* [Orange], 296 N. Y. 684.) Deducting the 121 invalid signatures on the petition from the 561 found by the Board of Elections to be valid reduces the total number of valid signatures below the 500 required by law and invalidates the petition. (Appeal from order of Erie Trial Term holding the designating petitions valid.) Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.

In the Matter of GERALD W. WEBSTER, Respondent, v. JAMES R. LAWLEY et al., Constituting the Board of Elections of the County of Erie, and MILES BENDER, Appellants, and HARRY W. VACKEL, Respondent.—

Memorandum: The parties in open court stipulated that the Board of Elections certified 470 signatures on the designating petition of petitioner as meeting the requirements of the Election Law, and that the board invalidated 36 signatures appearing on two particular sheets on the ground that the subscribing witness on the two sheets failed to correctly designate the election district in which the witness resided. The designating petition of petitioner is invalid for lack of the 500 signatures required by law. (See Memorandum in *Matter of Maurin* v. *Allis,* 28 A D 2d 810, decided herewith.) (Appeal from order of Erie Special Term, declaring designating petitions valid.) Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.